No. 866. ILLINOIS EX REL. HAKANSON v. PALMER, DIRECTOR. April 25, 1938. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Dean Lake Traxler* for petitioner. *Mr. Otto Kerner* for respondent.

No. 878. MOLLY-ES DOLL OUTFITTERS ET AL. v. GRUELLE. April 25, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Harry Langsam, Leon Sacks,* and *Peter P. Zion* for petitioners. *Messrs. Edward G. Curtis* and *Daniel L. Morris* for respondent.

No. 879. COHEN v. SWIFT & Co. April 25, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Greenberry Simmons* and *M. K. Hobbs* for petitioner. *Messrs. Henry Veeder* and *Albert H. Veeder* for respondent.

No. 880. MERSHON ET AL. v. SPRAGUE SPECIALTIES Co. April 25, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Drury W. Cooper* and *C. Blake Townsend* for petitioners. *Mr. Vernon M. Dorsey* for respondent.

No. 883. COUNTY OF WESTCHESTER v. MONTROSE CONTRACTING Co. April 25, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. William A. Davidson* and *Francis*